**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| PARK PET SHOP, INC., POCKET PUPPIES BOUTIQUE, INC., JIM SPARKS, SR, LANE BORON, SUSAN REID, and CEDAR WOODS FARM,<br><br>     Plaintiffs,<br>vs.<br><br>THE CITY OF CHICAGO through the City Council of the City of Chicago; SUSANA A. MENDOZA, in her official capacity as City Clerk of the City of Chicago and SANDRA ALFRED, in her official capacity as Executive Director of the City of Chicago Department of Animal Care & Control;<br><br>     Defendants. | Case No.: 1:15-cv-01450 |

**PLAINTIFFS' MOTION FOR TEMPORARY**
**RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs, PARK PET SHOP, INC., POCKET PUPPIES BOUTIQUE INC., JIM SPARKS, SR, LANE BORON, SUSAN REID, and CEDAR WOODS FARM (collectively, "Plaintiffs"), by and through their attorneys, respectfully submit their Motion for Temporary Restraining Order and Preliminary Injunction and in support of their Motion state as follows:

1) This action is based on several constitutional challenges to a City of Chicago Ordinance that is set to become effective on March 5, 2015.

2) The Ordinance eliminates nearly all breeders in the United States, who are located outside of Illinois, from benefiting from Chicago's marketplace and bans Pet Stores from selling puppies, kittens, and rabbits purchased from even loving, responsible breeders, who are devoted to raising animals the responsible and ethical way.

3) Consequently, Plaintiffs are filing simultaneously with this Motion a Verified Complaint; sworn statements contained in several affidavits; and the legal arguments and analysis set forth in the Memorandum of Law in Support of their Motion for Temporary Restraining Order and Preliminary Injunction.

4) As more fully discussed in Plaintiffs' Memorandum of Law Plaintiffs respectfully move this Court for the entry of a Temporary Restraining Order and Preliminary Injunction.

WHEREFORE, Plaintiffs respectfully move this Court for the entry of a Temporary Restraining Order and Preliminary Injunction, including:

a. An injunction directed to City of Chicago, its officers, agents, servants, employees, and attorneys, and any other person acting in concert or participation with any of them, from enforcing the Ordinance against Plaintiffs;

b. A temporary restraining order and preliminary injunction enjoining enforcement of the Ordinance as to Plaintiffs pending the conclusion of the merits of this action;

c. All such other and further relief to which Plaintiffs may be justly entitled.

Dated: February 17, 2015

Respectfully Submitted,

Park Pet Shop, Inc.
Pocket Puppies Boutique & Grooming
Missouri Pet Breeders Association

By: /s/ Sean P. Patrick
_____
Sean P. Patrick
Attorney for Plaintiffs

GURNEY PATRICK LLP
225 West Washington
Suite 2200
Chicago, Illinois 60606

(312) 725-4229

*Attorneys for Plaintiffs*